Stephanie A. Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Matthew P. Farrell (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:628.600.2250
Facsimile: 628.221.5828
ssheridan@benechlaw.com
mbrooks@beneschlaw.com
mpfarrell@beneschlaw.com

Attorneys for Defendant
Sonesta International Hotels Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kentoya Mitchell, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Sonesta International Hotels Corporation,<br><br>Defendant. | Case No. 2:24-cv-02603-GW-SSC<br><br>**DEFENDANT SONESTA INTERNATIONAL HOTELS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Complaint Filed: February 26, 2024<br>Date of Removal: March 29, 2024<br>Hearing Date: July 1, 2024<br>Time: 8:30 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on July 1, 2024, at 8:30 a.m., or as soon thereafter as the matter may be heard before the Hon. George H. Wu of the United States District Court for the Central District of California in Courtroom 9D, in the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Defendant Sonesta International Hotels Corporation's ("Sonesta") will and hereby does move this Court for an Order dismissing the Complaint.

Sonesta seeks dismissal because:

(1) Plaintiff Kentoya Mitchell's ("Plaintiff") confidential information was not collected or shared and any injury to her was self-inflicted, and she therefore lacks Article III standing;

(2) Plaintiff repeatedly consented to the complained-of conduct and therefore cannot plead lack of consent as required under Cal. Penal Code §§ 631(a) and 632;

(3) Plaintiff otherwise fails to allege facts supporting her claim that Sonesta engaged in wiretapping under Cal. Penal Code § 631(a); and

(4) Plaintiff fails to plead any violation of Cal. Penal Code § 632.

Thus, this Motion should be granted with prejudice.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice and exhibits thereto, any other matters of which the Court may take judicial notice, other documents on file in this action, and any oral argument of counsel.

Pursuant to Local Rule 7-3, the Parties met and conferred about the arguments in this Motion on May 10, 2024, but were unable to resolve the issues raised herein.

Dated: May 17, 2024

Respectfully submitted,

*s/ Stephanie A. Sheridan*

STEPHANIE A. SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
MATTHEW P. FARRELL (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorneys for Defendant
Sonesta International Hotels Corporation