UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 24-2603-GW-SSCx | Date | October 4, 2024 |
| Title | *Kentoya Mitchell v. Sonesta International Hotels Corporation* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - RULING ON DEFENDANT SONESTA INTERNATIONAL HOTELS CORPORATION'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [26]**

Following the hearing on the Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 26) and for the reasons stated in the Court's initial Tentative Ruling on the Motion (ECF No. 34) previously provided to the parties on October 4, 2024, as well as on the record at the hearing, the Court adopts the Tentative Ruling as its final decision denying the Motion except that it notes that the Plaintiff at the hearing stated that she was no longer pursuing her second cause of action for violation of the California Invasion of Privacy Act, Cal. Penal Code § 632. That second cause of action is hereby dismissed.

: 

Initials of Preparer JG