Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Matthew P. Farrell (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:628.600.2250
Facsimile: 628.221.5828
mpfarrell@beneschlaw.com

Attorneys for Defendant
Sonesta International Hotels Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Kentoya Mitchell, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

Sonesta International Hotels Corporation,

Defendant.

Case No. 2:24-cv-02603-GW-SSC

**DEFENDANT SONESTA INTERNATIONAL HOTELS CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Complaint Filed: February 26, 2024
Date of Removal: March 29, 2024
FAC Filed: June 7, 2024

Defendant Sonesta International Hotels Corporation ("Sonesta") hereby answers the First Amended Complaint ("FAC") filed by Plaintiff Kentoya Mitchell ("Plaintiff").[1] Except as expressly admitted herein, Sonesta denies any and all allegations in the headings and/or the prayer for relief. Sonesta reserves the right to amend and/or supplement its Answer as necessary.

As to the numbered paragraphs in the Complaint, Sonesta answers as follows:

1. Sonesta admits that it owns and operates Sonesta.com (the "Website"). Sonesta also admits that Plaintiff purports to bring suit on behalf of herself and a putative class of California residents who have accessed and used the Website.

2. Sonesta denies the allegations in Paragraph 2.

3. Sonesta admits that Plaintiff visited the Website in April 2023 and that she used the Website to book a hotel room. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of Plaintiff's allegation that she was in California when she visited its website, and on that basis denies this allegation. Sonesta denies all other allegations in Paragraph 3.

4. Sonesta admits that it is a Maryland corporation with its principal place of business at 400 Centre Street, Newton, Massachusetts, 02458. Sonesta's diverse portfolio of hotels caters to customers around the United States and the world, including California.

5. Sonesta does not contest subject matter jurisdiction in this case. Sonesta otherwise denies the allegations in Paragraph 5.

6. Sonesta does not contest personal jurisdiction in this case. Sonesta otherwise denies the allegations in Paragraph 6.

7. Sonesta does not contest that venue is proper in this District. Sonesta otherwise denies the allegations in Paragraph 7.

//

[1] To the extent the paragraphs of the FAC are grouped under headings, Defendant denies each and every heading in the FAC.

8. Sonesta denies that it is required to respond to the statements of law in Paragraph 8. To the extent any further response is required, Sonesta denies the allegations in Paragraph 8.

9. Sonesta denies that it is required to respond to the statements of law in Paragraph 9. To the extent any further response is required, Sonesta denies the allegations in Paragraph 9.

10. Sonesta denies that it is required to respond to the statements of law in Paragraph 10. To the extent any further response is required, Sonesta denies the allegations in Paragraph 10.

11. Sonesta denies that it is required to respond to the statements of law in Paragraph 11. To the extent any further response is required, Sonesta denies the allegations in Paragraph 11.

12. Sonesta denies that it is required to respond to the statements of law in Paragraph 12. To the extent any further response is required, Sonesta denies the allegations in Paragraph 12.

13. Sonesta denies that it is required to respond to the statements of law in Paragraph 13. To the extent any further response is required, Sonesta denies the allegations in Paragraph 13.

14. Sonesta denies that it is required to respond to the statements of law in Paragraph 14. To the extent any further response is required, Sonesta denies the allegations in Paragraph 14.

15. Sonesta admits that Plaintiff asserts claims against it pursuant to Cal. Civ. Code §§ 631 and 632, and that Plaintiff purports to assert damages pursuant to Cal. Civ. Code § 637.2(a)(1). Sonesta denies that it is required to respond to the statements of law in Paragraph 15. To the extent any further response is required, Sonesta denies the allegations in Paragraph 15.

//

//

16. Sonesta denies that it is required to respond to the statements of law in Paragraph 16. To the extent any further response is required, Sonesta denies the allegations in Paragraph 16.

17. Sonesta denies that it is required to respond to the statements of law in Paragraph 17. To the extent any further response is required, Sonesta denies the allegations in Paragraph 17.

18. Sonesta denies that it is required to respond to the statements of law in Paragraph 18. To the extent any further response is required, Sonesta denies the allegations in Paragraph 18.

19. Sonesta denies the allegations in Paragraph 19 on the basis that they call for a legal conclusion. To the extent any further response is required, Sonesta denies the allegations in Paragraph 19.

20. Sonesta denies the allegations in Paragraph 20 on the basis that they call for a legal conclusion. To the extent any further response is required, Sonesta denies the allegations in Paragraph 20.

21. Sonesta denies the allegations in Paragraph 21 to the extent that they call for a legal conclusion. To the extent any further response is required, Sonesta denies the allegations in Paragraph 21.

22. Sonesta denies the allegations in Paragraph 22 to the extent that they call for a legal conclusion. To the extent any further response is required, Sonesta denies the allegations in Paragraph 22.

23. Sonesta admits that it owns and operates the Website. Sonesta denies all other allegations in Paragraph 23.

24. Sonesta admits that users can browse and book Sonesta hotels on the Website. Sonesta denies all other allegations in Paragraph 24 on the basis that they call for a legal conclusion. To the extent any further response is required, Sonesta denies all other allegations in Paragraph 24.

25. Sonesta denies the allegations in Paragraph 25.

26. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26 and therefore denies them.

27. Sonesta admits that users of its Website can browse the Website and book rooms in Sonesta hotels. Sonesta admits that users make selections and submit certain information required to book a hotel room, including "dates [of travel], the number of rooms required, the number of adults and children who will be traveling, any children's ages, and/or special rates for which they are eligible." FAC at ¶ 27. Sonesta denies all other allegations in Paragraph 27.

28. Sonesta admits that users of its Website can review search results for hotels near a destination they have specified, select a hotel to book, and select the type of room they wish to stay in.

29. Sonesta admits that users who wish to book a hotel on its Website engage in a checkout process which involves the submission of first name, last name, email address, and phone number, rate selection, and providing Sonesta with payment information to process their booking.

30. Sonesta denies the allegations in Paragraph 30.

31. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 and therefore denies them.

32. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32 and therefore denies them.

33. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33 and therefore denies them.

34. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 and therefore denies them.

35. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 and therefore denies them.

36. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 36 and therefore denies them.

37. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37 and therefore denies them.

38. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38 and therefore denies them.

39. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39 and therefore denies them. Additionally, Sonesta denies the allegations in Paragraph 39 to the extent that they call for a legal conclusion.

40. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40 and therefore denies them.

41. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41 and therefore denies them.

42. Sonesta denies the allegations in Paragraph 42.

43. Sonesta denies that there are "wiretaps" on its website. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of all other allegations in Paragraph 43 and therefore denies them.

44. Sonesta denies that there are "wiretaps" on its website. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of all other allegations in Paragraph 44 and therefore denies them.

45. Sonesta denies that there are "wiretaps" on its website. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of all other allegations in Paragraph 45 and therefore denies them.

46. Sonesta denies that there are "wiretaps" on its website. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46 and therefore denies them.

47. Sonesta denies the allegations in Paragraph 47.

48. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48 and therefore denies them.

49. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49 and therefore denies them.

50. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 50 and therefore denies them.

51. Sonesta denies the allegations in Paragraph 51 of the Complaint.

52. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 52 and therefore denies them.

53. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 53 and therefore denies them.

54. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 54 and therefore denies them.

55. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 55 and therefore denies them.

56. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 56 and therefore denies them.

57. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 57 and therefore denies them.

58. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 58 and therefore denies them.

59. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 and therefore denies them.

60. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 60 and therefore denies them.

61. Sonesta denies the allegations in Paragraph 61.

62. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 62 and therefore denies them.

63. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 63 and therefore denies them.

64. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 64 and therefore denies them.

65. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 65 and therefore denies them.

66. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 66 and therefore denies them.

67. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67 and therefore denies them.

68. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 and therefore denies them.

69. Sonesta denies the allegations in Paragraph 69.

70. Sonesta denies the allegations in Paragraph 70.

71. Sonesta admits that Paragraph 71 quotes language from its Terms of Use and its Privacy Notice. Sonesta denies all other allegations in Paragraph 71.

72. Sonesta admits that Paragraph 72 quotes portions of the Travel Pass Terms of Use. Sonesta denies all other allegations in Paragraph 72.

73. Sonesta admits that Paragraph 73 quotes portions of its Manage Cookies feature.

74. Sonesta denies the allegations in Paragraph 74 to the extent that they call for a legal conclusion. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of all other allegations in Paragraph 74 and therefore denies them.

75. Sonesta lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 75 and therefore denies them.

76. Sonesta admits that Plaintiff purports to seek certification of a putative class comprised of "all California residents who have accessed and navigated [Sonesta.com] while in California." FAC at ¶ 76.

77. Sonesta admits that Plaintiff purports to reserve the right to modify or redefine the putative class. Sonesta otherwise denies the allegations in Paragraph 77.

78. Sonesta admits that Plaintiff purports to exclude from the putative class the individuals in Paragraph 78. Sonesta otherwise denies the allegations in Paragraph 78.

79. Sonesta denies the allegations in Paragraph 79.

80. Sonesta denies the allegations in Paragraph 80.

81. Sonesta denies the allegations in Paragraph 81.

82. Sonesta denies the allegations in Paragraph 82.

83. Sonesta denies the allegations in Paragraph 83.

## CAUSES OF ACTION

## COUNT I

### Violation of the California Invasion of Privacy Act, Cal. Penal Code. § 631(a)

84. Sonesta incorporates by reference the preceding paragraphs as if fully set forth herein.

85. Sonesta admits that Plaintiff purports to assert this claim individually and to bring a class action and represent a putative class. Sonesta denies all other allegations in Paragraph 85.

86. Sonesta denies that it is required to respond to the statements of law in Paragraph 86. To the extent any further response is required, Sonesta denies the allegations in Paragraph 86.

87. Sonesta denies that it is required to respond to the statements of law in Paragraph 87. To the extent any further response is required, Sonesta denies the allegations in Paragraph 87.

88. Sonesta denies the allegations in Paragraph 88.

89. Sonesta denies the allegations in Paragraph 89.

90. Sonesta denies the allegations in Paragraph 90.

91. Sonesta denies the allegations in Paragraph 91.

92. Sonesta denies the allegations in Paragraph 92.

93. Sonesta denies the allegations in Paragraph 93.

94. Sonesta denies the allegations in Paragraph 94.

95. Sonesta admits that Plaintiff and putative Class Members each seek statutory damages of $5,000 per alleged violation of CIPA § 631(a). Sonesta denies all other allegations in Paragraph 95.

## COUNT TWO

**Violation of the California Invasion of Privacy Act, Cal. Penal Code § 632**

96. Sonesta incorporates by reference the preceding paragraphs as if fully set forth herein.

97. Sonesta admits that Plaintiff purports to assert this claim individually and to bring a class action and represent a putative class. Sonesta denies all other allegations in Paragraph 97.

98. Sonesta denies that it is required to respond to the statements of law in Paragraph 98. To the extent any further response is required, Sonesta denies the allegations in Paragraph 98.

99. Sonesta denies the allegations in Paragraph 99.

100. Sonesta denies that it is required to respond to the statements of law in Paragraph 100. To the extent any further response is required, Sonesta denies the allegations in Paragraph 100.

101. Sonesta denies that it is required to respond to the statements of law in Paragraph 101. To the extent any further response is required, Sonesta denies the allegations in Paragraph 101.

102. Sonesta denies the allegations in Paragraph 102.

103. Sonesta denies the allegations in Paragraph 103.

104. Sonesta denies the allegations in Paragraph 104.

105. Sonesta denies the allegations in Paragraph 105.

106. Sonesta denies the allegations in Paragraph 106 on the basis that they call for a legal conclusion.

107. Sonesta denies the allegations in Paragraph 107.

//

108. Sonesta admits that Plaintiff and putative Class Members each seek statutory damages of $5,000 per alleged violation of CIPA § 631(a). Sonesta denies all other allegations in Paragraph 108.

## AFFIRMATIVE DEFENSES

Sonesta asserts the following affirmative defenses to Plaintiff's FAC and each claim therein. Sonesta also reserves all defenses available under the Federal Rules of Civil Procedure and the laws of the State of California, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

### First Affirmative Defense

**(Consent)**

Plaintiff's claims, and the claims of the putative class, are barred, in whole or in part, because of their consent to and authorization of Sonesta's alleged conduct through both affirmative consent to Sonesta's privacy policies and by their continued use of the Website. Further, by visiting the Website multiple times, Plaintiff and/or putative class members gave implied consent to the collection of information about their visits by the Website.

### Second Affirmative Defense

**(Statute of Limitations)**

Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations. Claims brought under CIPA are subject to a one-year statute of limitations. Plaintiff filed the FAC on June 7, 2024, over a year after she alleges she visited the Website in April 2023. Thus, Plaintiff's claim is untimely. Further, the claims of putative class members, in whole or in part, are likewise barred by CIPA's one-year statute of limitations.

### Third Affirmative Defense

**(Waiver)**

Plaintiff's claims, and the claims of the putative class, are barred, in whole or in part, by the doctrine of waiver. Plaintiff visited and continued to visit the Website and affirmatively consented to Sonesta's privacy policy when she signed up for a Travel Pass

account and when she continued to visit the website with knowledge (actual or constructive) that the Website collected certain information about users' visits using third-party tools.

**<u>Fourth Affirmative Defense</u>**

**(Justification)**

Plaintiff's claims, and those of the putative class, are barred in whole or in part because Sonesta's actions were, in whole or in part, excused by operation of law, including but not limited to the fact that the provision of any business records, if any such provision occurred, was made with a permissible purpose under California Civil Code § 53.5(i).

**<u>Fifth Affirmative Defense</u>**

**(Laches)**

Plaintiff's claims, as well as those of the putative class members, are barred, in whole or in part, by the doctrine of laches. Plaintiff used the Website repeatedly, with knowledge (actual or constructive) that the Website collected information that she submitted to it, yet Plaintiff waited over a year to take action.

**<u>Sixth Affirmative Defense</u>**

**(Equitable Estoppel)**

Plaintiff's claims, as well as those of the putative class members, are barred, in whole or in part, to the extent that their own conduct, rather than any purported acts or omissions by Sonesta, caused their alleged damages and injuries.

**<u>Seventh Affirmative Defense</u>**

**(Eighth Amendment)**

Plaintiff's claims, as well as those of the putative class members, are barred, in whole or in part, to the extent they seek excessive damages in violation of the Eighth Amendment of the United States Constitution. CIPA imposes a penalty of $5,000 for each violation of the statute. Plaintiff purports to represent a class of thousands of Californians who have visited the Website at least once. To the extent Plaintiff and the putative class seek $5,000 for each website visit, those damages are excessive and violate Sonesta's Eighth Amendment rights.

**Eighth Affirmative Defense**

**(Contractual Defenses)**

Plaintiff's claims, as well as those of the putative class members, are barred, in whole or in part, by contracts and/or agreements they entered into.

**Ninth Affirmative Defense**

**(Failure to Mitigate)**

Plaintiffs' claims, as well as those of the putative class members, are barred, in whole or in part, because they failed to mitigate the damages they allegedly suffered.

**PRAYER FOR RELIEF**

WHEREFORE, Sonesta respectfully requests the following relief:

1. That Plaintiff takes nothing by way of her Complaint;
2. That no class be certified in this action;
3. That judgment be entered in favor of Sonesta, denying Plaintiff's prayers for relief and claims with prejudice;
4. That Sonesta be awarded its costs of suit, including reasonable attorney's fees; and
5. That the Court award Sonesta such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Sonesta demands a trial by jury of all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Dated: November 13, 2024

Respectfully submitted,

*s/ Stephanie Sheridan*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
MATTHEW P. FARRELL (CA 342601)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorneys for Defendant
Sonesta International Hotels Corporation