**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENTOYA MITCHELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONESTA INTERNATIONAL HOTELS CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-02603-GW-SSC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. George H. Wu |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kentoya Mitchell ("Plaintiff") and Defendant Sonesta International Hotels Corporation ("Sonesta"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 3, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*

Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

Dated: June 30, 2025

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Stephanie A. Sheridan*
Stephanie A. Sheridan

Stephanie A. Sheridan (State Bar No. 135910)Meegan B. Brooks (State Bar No. 298570)

Matthew P. Farrell (State Bar No. 342601)
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628-600-2250
Facsimile: 628-221-5828
E-mail: ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
mpfarrell@beneschlaw.com

*Attorneys for Defendant Sonesta International Hotels Corporation*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta